UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CIBOLA COUNTY, NEW MEXICO; )<br>CIBOLA COUNTY BOARD OF )<br>COMMISSIONERS; EDWARD )<br>MICHAEL; ANTONIO GALLEGOS; )<br>PATRICK E. SIMPSON; T. WALTER )<br>JARAMILLO; and LLOYD FELIPE, )<br>Members of the Cibola County Board of )<br>Commissioners; and ELISA BRO, Cibola )<br>County Clerk, )<br>)<br>    Defendants. ) | No. 93-CV-1134-BRB/LFG |

ORDER SUBSTITUTING REVISED AMENDED FOURTH JOINT STIPULATION FOR
ORIGINAL AMENDED FOURTH JOINT STIPULATION

After considering the parties' Joint Motion to Substitute Revised Amended Fourth Joint Stipulation (Doc. # 109), and good cause appearing, the Court hereby substitutes the Revised Amended Fourth Joint Stipulation, attached to the motion to substitute as "Attachment A," for the original Amended Fourth Joint Stipulation attached to the Joint Motion For and Memorandum in Support of Order Extending and Modifying Stipulation and Order (Doc. # 105). Accordingly, the Joint Motion to Substitute Revised Amended Fourth Joint Stipulation (Doc # 109) is GRANTED.

Entered for the Court
this 7th day of October, 2009

_____
Bobby R. Baldock
United States Circuit Judge


_____
John E. Conway
Senior United States District Judge


_____
C. Leroy Hansen
Senior United States District Judge