UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 93-CV-1134-BRB/LFG |
| ) | |
| CIBOLA COUNTY, NEW MEXICO; ) | |
| CIBOLA COUNTY BOARD OF ) | |
| COMMISSIONERS; EDWARD ) | |
| MICHAEL; ANTONIO GALLEGOS; ) | |
| PATRICK E. SIMPSON; T. WALTER ) | |
| JARAMILLO; and LLOYD FELIPE, ) | |
| Members of the Cibola County Board of ) | |
| Commissioners; and ELISA BRO, Cibola ) | |
| County Clerk, ) | |
| ) | |
| Defendants. ) | |

ORDER EXTENDING AND MODIFYING STIPULATION AND ORDER

After considering the parties' Joint Motion for and Memorandum in Support of Order Extending and Modifying Stipulation and Order, filed July 6, 2009 (Doc. # 105), and the Revised Amended Fourth Joint Stipulation attached to the Joint Motion to Substitute Revised Amended Fourth Joint Stipulation, filed September 25, 2009 (Doc. # 109 – Attachment A), and good cause appearing, the Revised Amended Fourth Joint Stipulation is hereby entered and extended through March 15, 2011.  Defendants are directed to come into substantial compliance with the Voting Rights Act by that date.

The Court shall retain jurisdiction of this case to enter further relief or such other orders as may be necessary for the effectuation of the terms of this agreement and to ensure compliance with Sections 2 and 203 of the Voting Rights Act, and the Fourteenth and Fifteenth Amendments to the Constitution.

Accordingly, the parties' Joint Motion for Order Extending and Modifying Stipulation and Order (Doc. # 105) is GRANTED.

Entered for the Court
this 8th day of October, 2009

_____
Bobby R. Baldock
United States Circuit Judge


_____
John E. Conway
Senior United States District Judge


_____
C. Leroy Hansen
Senior United States District Judge